AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BOWEN, DUDLEY H. | SOUTHERN DISTRICT OF GEORGIA | 05/09/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| UNITED STATES SENIOR DISTRICT JUDGE | ☐ Nomination  Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

UNITED STATES COURTHOUSE
P O BOX 2106
AUGUSTA, GEORGIA 30903

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  MEMBER | FEDERAL JUDGES ASSOCIATION, 111 WEST WASHINGTON ST, SUITE 1100, CHICAGO, ILL 60602 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 05/09/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | FEDERAL JUDGES ASSOC | APRIL 12-14, 2011 | WASHINGTON, DC | FJA MEETING | MEALS, LODGING, MILEAGE, PARKING,TIPS |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY II. | 05/09/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY II. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS  -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. CHARLES SCHWAB IRA #1 | | | | | | | | | |
| 2. MBIA, Inc. | A | Dividend | | | Sold | 01/03/11 | J | A | |
| 3. General Maritime New F | A | Dividend | J | T | | | | | |
| 4. Pimco Total Return Fund | B | Dividend | | | Sold | 02/14/11 | K | A | |
| 5. Pimco Total Return Fund | A | Dividend | K | T | Buy (add'l) | 12/26/11 | J | | |
| 6. Pimco Real Return Fund | A | Dividend | | | Buy | 01/03/11 | J | | |
| 7. Pimco Real Return Fund | A | Dividend | | | Sold | 01/31/11 | K | B | |
| 8. General Electric | A | Dividend | | | Sold | 12/22/11 | K | C | |
| 9. General Electric | A | Dividend | | | Buy (add'l) | 08/08/11 | L | | |
| 10. General Electric | A | Dividend | | | Sold | 12/22/11 | L | D | |
| 11. Dynegy Inc | A | Dividend | J | T | | | | | |
| 12. Ford Motor Co | A | Dividend | | | Sold | 03/07/11 | J | A | |
| 13. Ford Motor Co | A | Dividend | | | Buy | 01/31/11 | M | | |
| 14. Ford Motor Co | A | Dividend | | | Sold | 12/26/11 | M | D | |
| 15. Sch US Tips ETF | A | Dividend | | | Sold | 02/14/11 | L | A | |
| 16. Affymax Inc New | A | Dividend | | | Buy | 03/30/11 | K | | |
| 17. Affymax Inc New | A | Dividend | | | Sold | 07/07/11 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY II. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CHARLES SCHWAB BOWEN/CO | | | | | | | | | |
| 19. Wahlco Envirosystems Com | A | Dividend | J | T | | | | | |
| 20. Merrill Lynch Pfd | A | Dividend | J | T | | | | | |
| 21. Ameritrade Cash Acct | A | Interest | | | Closed | 01/03/11 | J | A | |
| 22. Builders Designs Inc Com Stk | A | Dividend | J | T | | | | | |
| 23. Amer on Line Com Stk | A | Dividend | J | T | | | | | |
| 24. CIT Group Com Stk | A | Dividend | J | T | | | | | |
| 25. Intel Com Stock | A | Dividend | K | T | | | | | |
| 26. ABN AMRO / VERDUS Gwth Fd | A | Dividend | L | T | | | | | |
| 27. Exxon Mobil Common Stk | A | Dividend | K | T | | | | | |
| 28. DuPont E I De Nemour and Co com | A | Dividend | J | T | | | | | |
| 29. Wachovia Corp New | A | Dividend | J | T | | | | | |
| 30. Dreyfus Hi Yld Strategy Fund | A | Dividend | | | Sold | 10/26/11 | J | A | |
| 31. Charles Schwab Money Market | B | Interest | J | T | | | | | |
| 32. General Electric | A | Dividend | | | Sold | 10/27/11 | K | D | |
| 33. Pimco Total Return Fund | B | Dividend | J | T | Sold (part) | 03/17/11 | K | A | |
| 34. Southern Co | A | Dividend | | | Sold | 12/07/11 | K | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Affymax Inc New | A | Dividend | | | Buy | 01/10/11 | J | | |
| 36. Affymax Inc new | A | Dividend | | | Sold | 10/26/11 | J | A | |
| 37. Ford | A | Dividend | | | Buy | 08/08/11 | J | | |
| 38. Ford | A | Dividend | | | Sold | 10/27/11 | K | B | |
| 39. American Centruy Hi Yield | A | Dividend | | | Buy | 01/03/11 | K | | |
| 40. American Century Hi Yield | A | Dividend | | | Sold | 10/26/11 | K | B | |
| 41. OTHER INV/TRUSTS | | | | | | | | | |
| 42. ABN AMRO VERDX MCGFX FUNDS (ALLEGHANY) | D | Dividend | M | T | | | | | |
| 43. E I DEUPONT DRIP | A | Dividend | J | T | | | | | |
| 44. Ga Bk & Tr Money Mkt Market | B | Interest | M | T | | | | | |
| 45. Ga Bk & Tr Savings | A | Interest | K | T | | | | | |
| 46. TIAA CREF MUTUAL FUND | A | Dividend | L | T | | | | | |
| 47. CSRA Fed Cr Union | A | Interest | J | T | | | | | |
| 48. Real PPty McCormick County, SC | D | Distribution | J | W | | | | | |
| 49. Barclays Mon Mkt Acct | B | Interest | J | T | | | | | |
| 50. Atlantic Amer Com | | None | J | T | | | | | |
| 51. Regions Bank Savings | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Southern Co | A | Dividend | | | Buy | 12/07/11 | K | | |
| 53. Southern Co | A | Dividend | | | Sold | 12/20/11 | K | A | |
| 54. Southern Co | A | Dividend | | | Buy | 07/26/11 | K | | |
| 55. Southern Co | A | Dividend | | | Sold | 12/07/11 | K | C | |
| 56. Ford Motor Call 8.00 | A | Dividend | | | Buy | 11/17/11 | J | | |
| 57. Ford Motor Call 8.0 | A | Dividend | | | Sold | 12/05/11 | J | A | |
| 58. Ford Motor Call 4.0 | A | Dividend | | | Buy | 11/17/11 | J | | |
| 59. Ford Motor Call 4.0 | A | Dividend | | | Sold | 12/05/11 | J | A | |
| 60. Ford Motor Call 12.0 | A | Dividend | | | Buy | 11/17/11 | J | | |
| 61. Ford Motor Call 12.0 | A | Dividend | | | Sold | 12/05/11 | J | A | |
| 62. Ford Motor Call 1.0 | A | Dividend | | | Buy | 11/17/11 | J | | |
| 63. Ford Motor Call 1.0 | A | Dividend | | | Sold | 12/05/11 | J | A | |
| 64. Ford Motor Call 5.0 | A | Dividend | | | Buy | 11/17/11 | J | | |
| 65. Ford Motor Call 5.0 | A | Dividend | | | Sold | 12/05/11 | J | A | |
| 66. Ford Motor Call 15.0 | A | Dividend | | | Buy | 11/21/11 | J | | |
| 67. Ford Motor Call 15.0 | A | Dividend | | | Sold | 12/05/11 | J | A | |
| 68. Ford Motor Call 5.0 | A | Dividend | | | Buy | 11/21/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Ford Motor Call 5.0 | A | Dividend | | | Sold | 12/05/11 | J | A | |
| 70. GE Call 7.0 | A | Dividend | | | Buy | 11/25/11 | J | | |
| 71. GE Call 7.0 | A | Dividend | | | Sold | 12/06/11 | J | A | |
| 72. GE Call 13.0 | A | Dividend | | | Buy | 11/25/11 | J | | |
| 73. GE Call 13.0 | A | Dividend | | | Sold | 12/26/11 | J | A | |
| 74. Alcoa Calls 70.0 | A | Dividend | J | T | Buy | 12/23/11 | J | | |
| 75. Microsoft Common | A | Dividend | K | T | Buy | 12/08/11 | K | | |
| 76. Sch US Tips ETF | A | Dividend | | | Buy | 01/03/11 | K | | |
| 77. Sch US Tips ETF | A | Dividend | | | Sold | 01/31/11 | K | A | |
| 78. CHARLES SCHWAB IRA # 2 | | | | | | | | | |
| 79. IDII Stock | A | Dividend | J | T | | | | | |
| 80. Merrill Lynch Pfd | A | Dividend | K | T | | | | | |
| 81. Vanguard Gwth Fund | A | Dividend | K | T | | | | | |
| 82. Pimco Total Return Fund | B | Dividend | K | T | | | | | |
| 83. Pimco Real Return Fund | B | Dividend | J | T | Buy | 01/03/11 | J | | |
| 84. Pengrowth Energy F | A | Dividend | | | Buy | 11/25/11 | K | | |
| 85. Pengrowth Energy F | A | Dividend | | | Sold | 12/21/11 | J | A | |

1. Income Gain Codes: (See Columns B1 and D4)
   A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)
   J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes (See Column C2)
   Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Ford | A | Dividend | | | Buy | 01/31/11 | J | | |
| 87. Ford | A | Dividend | | | Sold | 04/26/11 | J | C | |
| 88. CHARLES SCHWAB FORMERLY T ROWE PRICE | | | | | | | | | |
| 89. Motorola | A | Dividend | J | T | | | | | |
| 90. Lucent | A | Dividend | J | T | | | | | |
| 91. Xerox | A | Dividend | J | T | | | | | |
| 92. General Motors | A | Dividend | J | T | | | | | |
| 93. Schwab Money Market | A | Interest | J | T | | | | | |
| 94. Kinder Morgan Inc | A | Distribution | J | T | | | | | |
| 95. Northern Borders Partners nbp | A | Distribution | K | T | | | | | |
| 96. Northern Borders Partners nbp | A | Distribution | J | T | | | | | |
| 97. TRUST CHARLES SCHWAB | | | | | | | | | |
| 98. Willis Group Holdings | A | Dividend | K | T | | | | | |
| 99. Sch Adv Cash Res swzxx | A | Dividend | J | T | | | | | |
| 100. Pimco Tot Return Fund | A | Dividend | | | Sold | 02/10/11 | K | B | |
| 101. T Rowe Price Spectrum | A | Dividend | J | T | | | | | |
| 102. General Electric | A | Dividend | | | Sold | 10/27/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY II. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. General Electric | A | Dividend | | | Buy (add'l) | 02/02/11 | K | | |
| 104. General Electric | A | Dividend | | | Sold | 10/27/11 | K | C | |
| 105. Marshall Intermediate | A | Dividend | | | Sold | 02/14/11 | K | B | |
| 106. Commercial Metals | A | Dividend | | | Sold | 10/27/11 | J | A | |
| 107. Johnson & Johnson | A | Dividend | | | Sold | 10/27/11 | J | A | |
| 108. Lowes | A | Dividend | | | Sold | 10/27/11 | J | A | |
| 109. Southern Co | A | Dividend | | | Sold | 12/20/11 | L | D | |
| 110. Pimco Real Return Fund | A | Dividend | | | Sold | 02/28/11 | K | B | |
| 111. Ford | A | Dividend | J | T | Buy | 02/02/11 | K | | |
| 112. Ford | A | Dividend | | | Sold (part) | 07/01/11 | K | A | |
| 113. Ford | A | Dividend | J | T | Buy | 07/27/11 | J | | |
| 114. Affymax Inc New | A | Dividend | | | Buy | 01/10/11 | J | | |
| 115. Affymax Inc New | A | Dividend | | | Sold | 10/27/11 | J | A | |
| 116. CHARLES SCHWAB IRA #3 ROLLOVER | | | | | | | | | |
| 117. Schwab Adv Cash Reserve | A | Dividend | K | T | | | | | |
| 118. Pimco Total Reserve Fund | A | Dividend | | | Sold | 02/14/11 | K | C | |
| 119. Pengrowth Energy F | A | Dividend | | | Buy | 11/25/11 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place"(X)"after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Pengrowth Energy F | A | Dividend | | | Sold | 12/06/11 | J | A | |
| 121. | | | | | | | | | |
| 122. | | | | | | | | | |
| 123. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 05/09/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ DUDLEY H. BOWEN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544